**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

_____  :
                                     :
HIRAM JOHNSTON,                      :
                                     :   Civil Action No. 10-3776 (FLW)
                 Petitioner,         :
                                     :
         v.                          :           **O R D E R**
                                     :
WARDEN, et al.,                      :
                                     :
                 Respondents.        :
_____  :


     This matter having come before the Court on Petitioner's
submission of a Petition for a Writ of Habeas Corpus pursuant to
28 U.S.C. § 2241, and it appearing that:

     1.  Petitioner is currently confined at the Mercer County
Correctional Center, Trenton, New Jersey;

     2.  Petitioner did not prepay the $5.00 filing fee for a
habeas petition as required by Local Civil Rule 54.3(a); nor did
he submit a complete application to proceed in forma pauperis.

     IT IS THEREFORE on this 21st  day of September, 2010,

     ORDERED that the Clerk of the Court shall supply Petitioner
with a blank form in forma pauperis application for use in a
habeas case; and it is further

     ORDERED that, within 30 days of the date of entry of this
Order, Petitioner shall either remit the $5.00 filing fee or
submit a completed and signed in forma pauperis application, with
a certification of Petitioner's institutional account as required
by Local Civil Rule 81.2(b); and it is finally

ORDERED that, if Petitioner does not pay the filing fee or submit a certified in forma pauperis application within the above 30-day period, the petition will be deemed withdrawn and the Clerk shall close the file in this matter.

s/Freda L. Wolfson
FREDA L. WOLFSON
United States District Judge